IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00465–RPM–KMT

CHRISTOPHER S. SNELGROVE, and
NICOLE L. SNELGROVE,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE, and
WELLS FARGO BANK N.A.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Motion to Amend Complaint" (Doc. No. 10, filed April 1, 2013) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(1). The Amended Complaint (Doc. No. 11) is accepted as filed.

Dated: April 3, 2013