IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00465-RPM

CHRISTOPHER S. SNELGROVE and
NICOLE L. SNELGROVE,

      Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE and
WELLS FARGO BANK, N.A.,

      Defendants.

_____

ORDER VACATING ORDER OF REFERENCE
_____

Because the nature of this civil action has changed as a result of the filing of the second amended complaint, it is

ORDERED that the Order of Reference to Magistrate Judge Kathleen M. Tafoya entered February 22, 2013, is vacated.

DATED: February 6th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge