IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00465-RPM

CHRISTOPHER S. SNELGROVE and
NICOLE L. SNELGROVE,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE and
WELLS FARGO BANK, N.A.,

    Defendants.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

On August 2, 2013, the plaintiff filed a Motion to Amend Complaint and tendered a Second Amended Complaint and Jury Demand [#30, #31]. The defendants filed a response in opposition [#37]. The plaintiffs replied [#38]. The defendants' opposition to the motion to amend raises challenges to the additional claims for relief and the parties' pleadings address the merits of the allegations. For procedural regularity and because the defendants' opposition are more appropriately raised after the second amended complaint is filed, it is now

ORDERED that the motion to amend is granted and the second amended complaint is ordered filed. The issues which the defendants address in their opposition to the motion to amend should be raised in motions addressing the second amended complaint.

DATED: February 6th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge