IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 13-CV-00465-RPM

Christopher S. Snelgrove and
Nichole L. Snelgrove,

    Plaintiffs,

v.

Wells Fargo Home Mortgage, Wells Fargo Bank NA

    Defendants.

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR A STAY
ON CURRENT DISCOVERY DEADLINES**
_____

    Upon review of Plaintiffs' Unopposed Motion for a Stay on Current Discovery Deadlines [59], it is

    ORDERED that all discovery dates are stayed until rulings have been issued on pending motions.

    Dated this 6th day of May, 2014.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge