**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Date:                      June 23, 2014
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 13-cv-00465-RPM

| | |
|---|---|
| CHRISTOPHER SNELGROVE, and<br>NICHOLE L. SNELGROVE, | Collin J. Earl |
| Plaintiffs, | |
| v. | |
| WELLS FARGO HOME MORTGAGE, and<br>WELLS FARGO BANK, NA., | Nadia G. Malik<br>Marie E. Williams |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**1:57 p.m.       Court in session.**

Court's preliminary remarks.

Mr. Earl answers questions asked by the Court.
Mr. Earl states plaintiffs did not lose their home, have subsequently refinanced and explains damages.

**ORDERED:     Plaintiffs' Colorado Consumers Protection Act Claim is dismissed.**
**                          Plaintiffs' breach of contract and unjust enrichment claims are withdrawn by**
**                          counsel as stated on record.**

Argument by Ms. Malik.

**ORDERED:     Defendants' Motion to Dismiss [53], is denied.**

Counsel agree to confer regarding modification of scheduling order discovery deadlines.

**2:16 p.m.       Court in recess.**   Hearing concluded.  Total time: 19 min.