# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00465-RPM

CHRISTOPHER S. SNELGROVE,
NICOLE L. SNELGROVE,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE,
WELLS FARGO BANK, N.A.

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION BY DEFENDANTS FOR EXTENSION OF TIME TO ANSWER AND TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Upon review of the Unopposed Motion for Extension of Time to Answer and to Respond to Motion for Partial Summary Judgment filed by the Defendants, and the file in this matter, it is:

ORDERED that the Motion is granted, and it is

FURTHER ORDERED that Wells Fargo shall file its answer to the operative complaint, as it may be further modified by the Plaintiffs, by July 21, 2014;

AND that Wells Fargo shall file its response to Plaintiffs' Motion for Partial Summary Judgment, if that motion is not withdrawn by the Plaintiffs, by July 28, 2014.

DONE and ORDERED this 8th day of July, 2014.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge