IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00465-RPM

CHRISTOPHER S. SNELGROVE and
NICOLE L. SNELGROVE,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE and
WELLS FARGO BANK, N.A.,

    Defendants.
_____

ORDER DISMISSING FAIR CREDIT REPORTING CLAIMS AND WITHDRAWING MOTION FOR SUMMARY JUDGMENT
_____

    Upon review of Plaintiffs' Unopposed Motion to Dismiss Fair Credit Reporting Claims and Withdrawal Plaintiffs' Pending Summary Judgment Motion [65], it is

    ORDERED that the motion is granted.

    DATED:   July 18th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge