IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00465-RPM

CHRISTOPHER S. SNELGROVE and
NICOLE L. SNELGROVE,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE and
WELLS FARGO BANK, N.A.,

    Defendants.

---

## ORDER EXTENDING DEADLINES
---

Upon review of the parties' stipulated Amendments to the Scheduling Order [69], it is

ORDERED that deadlines are extended as follows:

    10/15/14 - Revised Responses to discovery

    11/26/14 - Deadline for propounded discovery.

    12/3/14 – Supplemental expert reports due date

    12/30/14 - Discovery cutoff

    1/15/15 - Dispositive Motion deadline

DATED:   October 7th, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge