IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00465-RPM

CHRISTOPHER S. SNELGROVE and
NICOLE L. SNELGROVE,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE and
WELLS FARGO BANK, N.A.,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [72] filed January 2, 2015, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED: January 5th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge